## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JESSE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | |
| RANI TRANSPORTATION, INC., | ) | |
| UNITED SPECIALTY | ) | |
| INSURANCE COMPANY, and | ) | |
| AMRITPAL SINGH, | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

**TO:**   Judges of the United States District Court
Northern District of Georgia, Atlanta Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Rani Transportation, Inc.,

and United Specialty Insurance Company (hereinafter, "Defendants"), hereby

remove the civil action captioned *Jesse D. Jones v. Rani Transportation, Inc., United*

*Specialty Insurance Company, and Amritpal Singh,* Superior Court of Spalding

County, Civil Action File No. 22V-0228 from the Superior Court of Spalding

County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  Removal is based upon the following:

## Removal Based on Diversity Jurisdiction

1.     This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

## Description of the Action

2.     On March 16, 2022, Plaintiff filed a Complaint against these Defendants, as well as Volume Transportation, Inc., Pennsylvania Manufacturers' Association Insurance Company, and Protective Insurance Company, alleging negligence related to a motor vehicle accident that occurred on or about July 19, 2020, in Henry County, Georgia. *See* Plaintiff's Complaint ¶ 11 and generally, attached as Exhibit "A".

3.     In Plaintiff's Complaint, Plaintiff alleges that Volume Transportation, Inc., is a Georgia Corporation with its principal place of business located in Georgia. *See* Plaintiff's Complaint ¶ 2.

4.     On April 20, 2022, Defendants Volume Transportation, Inc., Pennsylvania Manufacturers' Association Insurance Company, and Protective Insurance Company were dismissed pursuant to the Superior Court of Spalding

County's Order Granting Plaintiff's Motion to Dismiss Less Than All Parties Without Prejudice. *See* Order Dismissing Less Than All Parties Without Prejudice, attached as Exhibit "B."

5.      On May 16, 2022, the Superior Court of Spalding County entered an Order granting Plaintiff's motion to substitute Defendant John Doe for Defendant Amritpal Singh as the proper defendant. *See* Order Granting Motion to Substitute, attached as Exhibit "C."

6.      As of the date of this Notice of Removal, service has not been perfected as to Defendant Rani Transportation, Inc. *See* docket, generally.

7.      As of the date of this Notice of Removal, service has not been perfected as to Defendant Amritpal Singh. *See* docket, generally.

## Consent for Removal

8.      The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and requires that "all defendants who have been properly joined **and served**" consent to the removal. 28 U.S.C. § 1446(b)(2)(A) (emphasis added); *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

9.     While service has not been perfected as to Defendant Rani Transportation, Inc., it is represented by the same counsel and consents to the removal.

10.     Defendant Amritpal Singh has not yet been served and therefore his consent is not required under 28 U.S.C. § 1446(b)(2)(A). *Johnson v. Wellborn, et al.*, 418 Fed.Appx. 809, 815 (11th Cir. 2011) ("The requirement that there be unanimity of consent in removal cases with multiple defendants does not require consent of defendants who have not been properly served.").

11.     These Defendants, although not all are properly joined and served under 28 U.S.C. § 1446, file the removal of this Action and consent to the same.

### The Amount in Controversy Requirement

12.     In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

13.     In Plaintiff's Complaint, he seeks to recover past medical expenses totaling $41,159.43, loss of income in an unspecified amount, and other general damages including past, present, and future emotional, mental, and physical pain and suffering. *See* Plaintiff's Complaint ¶¶ 16 and generally, attached as Exhibit "A". Further, Plaintiff alleges to have suffered "significant injuries," "emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment

- 4 -

of life . . ., plus an inability to lead a normal life" due to the "violence of the collision." *Id.* There was no other prayer for relief of a specified amount contained within the Complaint. *Id.,* generally. Furthermore, no demand to these Defendants was ever made. Thus, it was not established by the face of the Complaint or other documents that the amount in controversy requirement was satisfied.

14. Plaintiff's counsel informed undersigned counsel that Plaintiff would be seeking over $75,000 in this matter. *See* E-mail Correspondence from June 7, 2022, attached as Exhibit "D".

15. For the purposes of 28 U.S.C. § 1332(a), it is apparent that the amount in controversy exceeds $75,000.

16. There is no evidence showing to a legal certainty that the amount in controversy has not been met. *See St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289, 58 S. Ct. 586, 590 (1938)("[i]t must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal.").

### The Diversity of Citizenship Requirement

17. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

18. Plaintiff is a resident and citizen of the State of Georgia and is entirely diverse from these Defendants. *See* Plaintiff's Complaint ¶ 1, attached as Exhibit

- 5 -

"A". These Defendants have no information indicating Plaintiff is a citizen of any state other than Georgia.

19.    Defendant Rani Transportation, Inc., is a foreign corporation with its state of incorporation and principal place of business being the State of California and is, therefore, a citizen of California. Defendant Rani Transportation, Inc., is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

20.    Defendant United Specialty Insurance Company is a foreign corporation incorporated under the laws of Delaware with its principal place of business being the State of Texas. Defendant United Specialty Insurance Company is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

21.    Upon information and belief, Defendant Amritpal Singh is a resident and citizen of the State of California and is entirely diverse from Plaintiff. This Defendant has no information indicating Defendant Singh is a citizen of any state other than California.

## Compliance with Deadline for Removal

22.    If a case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from

which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C.A §1446(b)(3).

23.    The case was not removable until June 7, 2022 when it became apparent that the amount in controversy exceeds $75,000.

24.    These Defendants have initiated removal within 30 days of receipt of the paper establishing that the case is removable.  Based on 28 U.S.C. § 1446(b)(3), this Notice of Removal is timely filed.

### The State Court Proceeding

25.    The state court proceeding is identified as follows: *Jesse D. Jones v. Rani Transportation, Inc., United Specialty Insurance Company, and Amritpal Singh,* Superior Court of Spalding County, Civil Action File No. 22V-0228. A notice regarding removal will be filed with the Superior Court of Spalding County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

### All State-Court Documents

26.    Pursuant to 28 U.S.C. § 1446(a), the state-court filings are attached hereto, collectively as Exhibit "E".

**WHEREFORE**, these Defendants exercise their right under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this action from the Superior Court of Spalding

County, Georgia, to the United States District Court for the Northern District of

Georgia, Atlanta Division.

This 17th day of June, 2022.

**NALL & MILLER, LLP**


By:  */s/ Heather Keller*
    **MICHAEL D. HOSTETTER**
    Georgia Bar No. 368420
    **HEATHER R. KELLER**
    Georgia Bar No. 727602

    **ATTORNEYS FOR**
    **DEFENDANTS**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
hkeller@nallmiller.com

949543v.1

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 17th day of June, 2022.

**NALL & MILLER, LLP**

By: ___*/s/ Heather Keller*___
      **MICHAEL D. HOSTETTER**
      Georgia Bar No. 368420
      **HEATHER R. KELLER**
      Georgia Bar No. 727602

**ATTORNEYS FOR DEFENDANTS**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
hkeller@nallmiller.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (Federal Court)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

Kelli Hooper, Esq.
Morgan & Morgan Atlanta, PLLC
191 Peachtree St., NE
P.O. Box 57007
Atlanta, GA  30343
khoooper@forthepeople.com

This 17th day of June, 2022.

**NALL & MILLER, LLP**

By:  */s/ Heather R. Keller*
**HEATHER R. KELLER**
Georgia Bar No. 727602
**ATTORNEYS FOR
DEFENDANTS**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
hkeller@nallmiller.com

949543v.1